AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Rebecca Castillo | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  17-cv-9624 (RWS) |
| Godiva Chocolatier, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Godiva Chocolatier, Inc.

Date:   05/07/2018

*Attorney's signature*

Mark Lerner (ML6290)
*Printed name and bar number*

Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019

*Address*

MLerner@kasowitz.com
*E-mail address*

(212) 506-1700
*Telephone number*

(212) 506-1800
*FAX number*