# KASOWITZ BENSON TORRES LLP

|  | 1633 BROADWAY | ATLANTA |
|---|---|---|
|  |  | HOUSTON |
| MARK W. LERNER | NEW YORK, NEW YORK 10019 | LOS ANGELES |
| DIRECT DIAL: (212) 506-1728 | (212) 506-1700 | MIAMI |
| DIRECT FAX: (212) 835-5028 |  | NEWARK |
| MLERNER@KASOWITZ.COM | FAX: (212) 506-1800 | SAN FRANCISCO |
|  |  | SILICON VALLEY |
|  |  | WASHINGTON DC |

May 7, 2018

Hon. Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Rebecca Castillo v. Godiva Chocolatier, Inc.*, Case No. 18-cv-9624 (RWS)

Dear Judge Sweet:

We write on behalf of Defendant Godiva Chocolatier, Inc. ("Godiva") to request a 30-day extension of time to respond to the complaint in this matter. Godiva's last day to respond to the complaint was April 6, 2018. As we have recently been retained, we respectfully request the thirty day extension until June 6, 2018 to investigate the matter, discuss it with opposing counsel, and respond to the complaint. There have been no prior requests for an extension in this matter. As indicated, Plaintiff's counsel, Javier L. Merino, consents to this request and is copied herein.

Respectfully,

Mark W. Lerner

cc:   Javier L. Merino, Esq.