## KASOWITZ BENSON TORRES LLP

MARK W. LERNER
DIRECT DIAL: (212) 506-1728
DIRECT FAX: (212) 835-5028
MLERNER@KASOWITZ.COM

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

May 7, 2018

Hon. Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Rebecca Castillo v. Godiva Chocolatier, Inc.*, Case No. 18-cv-9624 (RWS)

Dear Judge Sweet:

We write on behalf of Defendant Godiva Chocolatier, Inc. ("Godiva") to request a 30-day extension of time to respond to the complaint in this matter.  Godiva's last day to respond to the complaint was April 6, 2018.  As we have recently been retained, we respectfully request the thirty day extension until June 6, 2018 to investigate the matter, discuss it with opposing counsel, and respond to the complaint.  There have been no prior requests for an extension in this matter. As indicated, Plaintiff's counsel, Javier L. Merino, consents to this request and is copied herein.

Respectfully,

Mark W. Lerner

cc:     Javier L. Merino, Esq.



So ordered
Sweet USDJ
5-8-18