# KASOWITZ BENSON TORRES LLP

|  | 1633 BROADWAY | ATLANTA |
|---|---|---|
|  |  | HOUSTON |
|  | NEW YORK, NEW YORK 10019 | LOS ANGELES |
| MARK W. LERNER |  | MIAMI |
| DIRECT DIAL: (212) 506-1728 | (212) 506-1700 | NEWARK |
| DIRECT FAX: (212) 835-5028 | FAX: (212) 506-1800 | SAN FRANCISCO |
| MLERNER@KASOWITZ.COM |  | SILICON VALLEY |
|  |  | WASHINGTON DC |

May 31, 2018

Hon. Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Rebecca Castillo v. Godiva Chocolatier, Inc.*, Case No. 17-cv-9624 (RWS)

Dear Judge Sweet:

We write on behalf of Defendant Godiva Chocolatier, Inc. ("Godiva") to request a 30-day extension of time to respond to the complaint in this matter. This Court previously granted Godiva until June 6, 2018 to respond to the complaint. ECF No. 14. As the parties are currently engaged in settlement discussions, we respectfully request an additional thirty day extension until July 6, 2018 to respond to the complaint. Plaintiff's counsel, Javier L. Merino, consents to this request and is copied herein.

Respectfully,

Mark W. Lerner

cc: Javier L. Merino, Esq.